```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
PHILIP EGBERT,

                    Plaintiff,        ORDER
                                      08-CV-1085(JS)(ETB)
        -against-

MR. SANTACRUZ, MR. COMPITELLO,
ROBERT TEASE, DANIEL HOLDER,
GINO DIRE, MS. M., WARDEN,
and W.D. HENDERSON,

                    Defendants.
-----------------------------------X
APPEARANCES:
For Plaintiff:      Philip Egbert, pro se
                    062570
                    Suffolk County Correctional Facility
                    110 Center Drive
                    Riverhead, NY 11901

For Defendants:     Richard T. Dunne, Esq.
                    Suffolk County Department of Law
                    H. Lee Dennison Building
                    100 Veterans Memorial Highway
                    Hauppauge, NY 11788
```

SEYBERT, District Judge:

        The Court is in receipt of a January 24, 2011 letter from Plaintiff pro se Philip Egbert, which is styled as a motion to dismiss his Complaint against two defendants, Mr. Compitello and Ms. M. (Docket Entry 73). Plaintiff's unopposed request is GRANTED, and Plaintiff's claims against these two Defendants are DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to update the docket and to mail Plaintiff a copy of this Order.

        SO ORDERED.

        /s/ JOANNA SEYBERT_____
        Joanna Seybert, U.S.D.J.

Dated:    April   11  , 2011
            Central Islip, New York